NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ACCURIDE INTERNATIONAL INC.,**
*Plaintiff-Appellant,*

**v.**

**SSW HOLDING COMPANY, INC. and
AMERICAN APPLIANCE PRODUCTS, INC.,**
*Defendants-Appellees.*

———————————

2010-1379

———————————

Appeal from the United States District Court for the Central District of California in No. 09-CV-3377, Judge Percy Anderson.

———————————

**JUDGMENT**

———————————

RICHARD H. ZAITLEN, Pillsbury Winthrop Shaw Pittman, LLP, of Los Angeles, California, argued for plaintiff-appellant. With him on the brief were JENNA F. LEAVITT, and CAROLYN S. TOTO.

NATHANIEL L. DILGER, One LLP, of Newport Beach, California, argued for defendants-appellees. With him on the brief were PETER R. AFRASIABI and WILLIAM J. O'BRIEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, SCHALL, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| April 12, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |